No. 359. PETER GALLAGHER, ADMINISTRATOR, ETC., PLAINTIFF IN ERROR v. FLORIDA EAST COAST RAILWAY COMPANY. In error to the District Court of the United States for the Southern District of New York. Submitted May 4, 1914. Decided May 11, 1914. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Fore River Shipbuilding Company* v. *Hagg,* 219 U. S. 175; *Bogart* v. *Southern Pacific Company,* 228 U. S. 137, 144, and cases cited. *Mr. William A. McQuaid* for the plaintiff in error. *Mr. George S. Scofield* for the defendant in error.

---

No. 342. THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, v. W. W. BEATTY. In error to the Supreme Court of the State of Oklahoma. Submitted May 4, 1914. Decided May 25, 1914. *Per Curiam.* Judgment reversed with costs, and cause remanded for further proceedings, upon the authority of *Houston & Texas Cent. R. R. Co.* v. *Mayes,* 201 U. S. 321; *Yazoo & Miss. Valley Ry. Co.* v. *Greenwood Grocery Co.,* 227 U. S. 1. *Mr. F. C. Dillard* and *Mr. C. O. Blake* for the plaintiff in error. No appearance for the defendant in error.